MARY'S OPINION HEADING 








NO. 12-10-00370-CR

 

IN
THE COURT OF APPEALS 

 

TWELFTH COURT OF
APPEALS DISTRICT

 

TYLER,
TEXAS

ANDREW BUTLER,                                                  
§                   APPEAL FROM THE 7TH

APPELLANT

 

V.                                                                      
§                   JUDICIAL DISTRICT COURT

 

THE
STATE OF TEXAS,

APPELLEE                                                     
§                   SMITH  COUNTY, TEXAS

                                                                                                                                                          


MEMORANDUM
OPINION

PER
CURIAM

            Appellant
pleaded guilty to possession of a controlled substance in a drug free zone.  We
have received the trial court's certification showing that this is a plea
bargain case and Appellant has no right to appeal.  See Tex. R. App. P. 25.2(d).  The
certification is signed by Appellant and his trial counsel.  Accordingly, the
appeal is dismissed for want of jurisdiction.

            Opinion
delivered November 10, 2010.

                Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)